# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

(full name of plaintiff or petitioner)

vs.

City of Aurora, Officers Matthew Thomas Meyers, C. Mccue

(full name of defendant(s) or respondent(s))

**APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS / FINANCIAL AFFIDAVIT (<u>NON-PRISONER CASE</u>)**

Case number:

**Instructions:** Please answer every question. Do not leave blanks. If the answer is "0" or "none," say so.

**Application:** I am one of the parties in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

___ to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)

___ to request an attorney

1. *Are you employed?*

   ___ Yes   Name and address of employer: _____

   Total amount of monthly take-home pay: _____

   ___ No    Date(s) of last employment: _____ Last monthly take-home pay:_____

2. *If married, is your spouse employed?* ____ Not married

   ___ Yes   Name and address of spouse's employer: _____

   Total amount of spouse's monthly take-home pay: _____

   ___ No    Date(s) of spouse's last employment:          Spouse's last monthly take-home pay:

3. *Other sources of income / money:* For the past 12 months, list the amount of money that you and/or your spouse have received from any of the following sources:

   (*list the 12-month total for each*)

   | Source | Amount |
   |---|---|
   | Self-employment, business, or profession: | $ _____ |
   | Income from interest or dividends: | $ _____ |
   | Income from rent payments: | $ _____ |
   | Pensions, annuities, or life insurance: | $ _____ |
   | Disability or worker's compensation: | $ _____ |
   | Gifts (including deposits into any accounts in your name): | $ _____ |
   | Unemployment, public assistance, or welfare: | $ _____ |
   | Settlements or judgments (include any that are expected): | $ _____ |
   | **Any other source of money**: | $ _____ |

Page 1 of 2

Rev. 2/2020

4. *Cash and bank accounts*: Do you and/or your spouse have any money in cash or in a checking or savings account? ___ Yes ___ No   If yes, how much? _____

5. *Other assets*: Do you and/or your spouse own or have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)? ___ Yes ___ No

   If yes, list each item of property and state its approximate value:

   _____
   _____
   _____

6. *Dependents*: Is anyone dependent on you and/or your spouse for support? ___ Yes ___ No

   If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:

   _____
   _____

7. *Debts and financial obligations*: List any amounts you owe to others:

   _____
   _____
   _____

8. *Provide any other information that will help explain why you cannot afford to pay court fees / hire an attorney*:

   _____
   _____
   _____

**Declaration**: I declare under penalty of perjury that all of the information listed above is true and correct. I understand that a false statement may result in dismissal of my claims or other sanctions.

Date: _____                              _____
                                                        *Applicant's signature*

                                               _____
                                                           *Printed name*