UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

George Gutierrez
                        Plaintiff,

v.                                        Case No.: 1:21−cv−02211
                                                   Honorable Manish S. Shah

City of Aurora, et al.
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 8, 2021:

      MINUTE entry before the Honorable Manish S. Shah: The motion for leave to proceed in forma pauperis [3] is granted. The Clerk of Court is directed to file plaintiff's complaint and issue summonses to plaintiff's counsel. The court assumes plaintiff's counsel will arrange for service on the defendants, but if counsel wants the court to appoint the U.S. Marshal to serve defendants, counsel should contact the courtroom deputy. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.