# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GEORGE GUTIERREZ, | ) |
| Plaintiff, | ) CASE NO.: 2021 CV 02211 |
| v. | ) |
| | ) Honorable Judge |
| CITY OF AURORA, AURORA POLICE OFFICERS MATTHEW THOMAS MEYERS (# unknown) and C. MCCUE (# unknown), | ) Manish S. Shah |
| | ) Magistrate Judge |
| | ) Jeffrey I. Cummings |
| Defendants. | ) |

## **JURY DEMAND**

      COME NOW the Defendants, THE CITY OF AURORA, POLICE OFFICER MATTHEW MEYERS and POLICE OFFICER CORY MC CUE and through their attorneys, ODELSON, STERK, MURPHEY, FRAZIER & McGRATH, LTD., hereby demand a trial by jury in this cause.

      Respectfully submitted,

        /s/ John B. Murphey
      John B. Murphey one of their Attorneys

ODELSON, STERK, MURPHEY, FRAZIER & MCGRATH, LTD.
Attorneys for Defendants
3318 West 95th Street
Evergreen Park, Illinois 60805
Tel. (708) 424-5678
Fax: (708) 741-5070
jmurphey@osmfm.com

# CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system which will send notification of said filing to all parties listed below:

Daniel E. Massoglia
First Defense Legal Aid
601 S. California Ave.
Chicago, Illinois 60612
Tel: 708-797-3066
daniel@first-defense.org

                   __/s/ John B. Murphey_____

JOHN B. MURPHEY
Odelson, Sterk, Murphey, Frazier & McGrath, Ltd.
3318 West 95th Street
Evergreen Park, Illinois 60805
(708) 424-5678/(708) 741-5070 (fax)
jmurphey@osmfm.com