George Gutierrez
                              Plaintiff,

v.                                                    Case No.: 1:21−cv−02211
                                                          Honorable Manish S. Shah

City of Aurora, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 16, 2021:

      MINUTE entry before the Honorable Manish S. Shah: Defendants' answer is due 8/23/21. The parties shall exchange initial disclosures by 9/13/21. All fact discovery shall be noticed in time for completion by 3/11/22. Any requests to amend the pleadings must be made by 1/12/22. An agreed proposed confidentiality order may be submitted to proposed_order_shah@ilnd.uscourts.gov. The parties may email susan_mcclintic@ilnd.uscourts.gov for a settlement referral. The parties shall file a status report on discovery progress on 11/30/21. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.