UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE GUTIERREZ, | ) | |
|     Plaintiff, | ) | |
| v. | ) | No. 2021 CV 02211 |
| | ) | |
| CITY OF AURORA, AURORA POLICE | ) | Honorable Judge Manish S. Shah |
| OFFICERS MATTHEW THOMAS | ) | |
| MEYERS (# unknown) and C. McCUE | ) | |
| (# unknown), | ) | |
|     Defendants. | ) | |

## DISCOVERY UPDATE STATUS REPORT

The parties submit the following updated Discovery Status Report:

1. Both sides have issued Rule 26(a)(1) disclosures.

2. Plaintiff has responded to Defendants' first round of written discovery.

3. Plaintiff's written interrogatories to the Individual Defendants are out for signature to the Individual Defendants; responses are anticipated to be sent to Plaintiff within the next 7-10 days.

4. Defendants sent out a Notice of Deposition for Plaintiff. The proposed date did not work for Plaintiff and the parties are working toward setting a date for Plaintiff's deposition in late January – early February.

5. Defendants anticipate taking a total of 4 depositions, including Plaintiff.

6. Plaintiff anticipates taking a total of 3 depositions including Defendant Officers.

Respectfully submitted,

GEORGE GUTIERREZ, Plaintiff      CITY OF AURORA, et al., Defendants

By: /s/ Daniel Massoglia      By: /s/ John B. Murphey
Daniel Massoglia      John B. Murphey
Ashley N. Rodriguez      Odelson, Sterk, Murphey, Frazier & McGrath, Ltd.
First Defense Legal Aid      3318 West 95th Street
601 S. California Avenue      Evergreen Park, IL 60805
Chicago, IL 60612      708-424-5678
336-575-6968      jmurphey@osmfm.com
daniel@first-defense.org
ashley@first-defense.org

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 3, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of said filing to all attorneys of record.

                    By:  /s/ John B. Murphey

John B. Murphey                John B. Murphey, Attorney
Odelson, Sterk, Murphey, Frazier & McGrath, Ltd.
3318 West 95th Street
Evergreen Park, Illinois 60805
708-424-5678
jmurphey@osmfm.com