# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

George Gutierrez
         Plaintiff,

v.                Case No.: 1:21−cv−02211
                Honorable Manish S. Shah

City of Aurora, et al.
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 4, 2022:

  MINUTE entry before the Honorable Manish S. Shah: Fact discovery closes on 3/11/22. On 3/1/22, the parties shall file a joint status report with a proposal for an expert discovery schedule and briefing dispositive motions. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.