UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE GUTIERREZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 2021 CV 02211 |
| | ) | |
| CITY OF AURORA, AURORA POLICE | ) | Honorable Judge Manish S. Shah |
| OFFICERS MATTHEW THOMAS | ) | |
| MEYERS (# unknown) and C. McCUE | ) | |
| (# unknown), | ) | |
| | ) | |
| Defendants. | ) | |

**PROTECTIVE ORDER**

(Individual Defendants' HR files):

1. Pursuant to this Court's Order of April 6, 2022 (Doc. # 24), Defendant, City of Aurora, shall produce to Plaintiff's attorneys the HR files of Individual Defendants Meyers and McCue.

2. Production shall be made on or before seven (7) days after this Order is entered.

3. The production of said files is subject to the following terms, conditions and limitation:

    A. Prior to production, the City is authorized to redact any personally identifiable information relating to the Individual Defendants. This personally identifiable information includes, but is not limited to: Individual Defendants' social security numbers, driver's license numbers, cell phone numbers, home addresses, home telephone numbers; names of spouses and minor children.

    B. Counsel for Defendant City is responsible for the preparation of redactions.

4. The production of these records is "eyes-only" for Plaintiff and Plaintiff's attorneys. Said records shall not be shared with or released to any third party without further Order

of this Court.

5.      This Protective Order in no way limits the parties from using materials obtained from sources independent of the litigation, such as but not limited to via the Freedom of Information Act, for any purpose allowed by law.

DATED:      April 13, 2022.

_____
Manish S. Shah, U.S. District Judge

John B. Murphey
Odelson, Sterk, Murphey, Frazier & McGrath, Ltd.
3318 West 95th Street
Evergreen Park, Illinois 60805
708-424-5678
jmurphey@osmfm.com