IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE GUTIERREZ, | ) | |
|     Plaintiff, | ) | |
| v. | ) | No. 2021 CV 02211 |
| | ) | |
| CITY OF AURORA, AURORA POLICE | ) | Honorable Judge Manish S. Shah |
| OFFICERS MATTHEW THOMAS | ) | |
| MEYERS (# unknown) and C. McCUE | ) | |
| (# unknown), | ) | |
|     Defendants. | ) | |

## JOINT STATUS REPORT

In accordance with this Court's Orders of February 28, 2022 and March 9, 2022 (Dkt. 19, 21), the parties submit the following Joint Status Report:

1. Post-trial motion practice in the underlying criminal case has concluded, and Plaintiff's convictions have been upheld. Counsel for Plaintiff (who is not representing Plaintiff in the criminal case) is informed that Plaintiff is preparing his appeal. The criminal case concluded on April 6, 2022. The parties propose that they file a new status report in 2-3 weeks in order to verify whether Plaintiff has in fact filed a timely appeal of his conviction.

Respectfully submitted,

| | |
|---|---|
| GEORGE GUTIERREZ, Plaintiff | CITY OF AURORA, et al., Defendants |
| | |
| By:   /s/ Daniel Massoglia | By:   /s/ John B. Murphey |
| Daniel Massoglia | John B. Murphey |
| Ashley N. Rodriguez | Odelson, Sterk, Murphey, Frazier & McGrath, Ltd. |
| First Defense Legal Aid | 3318 West 95th Street |
| 601 S. California Avenue | Evergreen Park, IL 60805 |
| Chicago, IL 60612 | 708-424-5678 |
| 336-575-6968 | jmurphey@osmfm.com |
| daniel@first-defense.org | |
| ashley@first-defense.org | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 2, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of said filing to all attorneys of record.

                                          By:    /s/ John B. Murphey

John B. Murphey                                           John B. Murphey, Attorney
Odelson, Sterk, Murphey, Frazier & McGrath, Ltd.
3318 West 95th Street
Evergreen Park, Illinois 60805
708-424-5678
jmurphey@osmfm.com