IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE GUTIERREZ, | ) | |
|     Plaintiff, | ) | |
| v. | ) | No. 2021 CV 02211 |
| | ) | |
| CITY OF AURORA, AURORA POLICE | ) | Honorable Judge Manish S. Shah |
| OFFICERS MATTHEW THOMAS | ) | |
| MEYERS (# unknown) and C. McCUE | ) | |
| (# unknown), | ) | |
|     Defendants. | ) | |

## JOINT STATUS REPORT

By prior agreement, and in accordance with this Court's Order of May 9, 2022 (Dkt. 27), the parties submit the following Joint Status Report:

1. On May 9, 2022, this Court ordered the parties to submit a status report on the progress of Plaintiff's criminal appeal by May 31, 2022. Dkt. 27.
2. Counsel for Plaintiff has confirmed that Plaintiff did in fact file a timely appeal in the criminal matter underlying in part this civil suit.
3. Plaintiff has informed his counsel that the appellate court not yet established a briefing schedule on the appeal.
4. The parties propose updating the Court in the future via further Status Report upon developments in the criminal appeal, or by dates of the Court's preference.

Respectfully submitted,

GEORGE GUTIERREZ, Plaintiff

By: /s/ Daniel Massoglia
Daniel Massoglia
Ashley N. Rodriguez
First Defense Legal Aid
601 S. California Avenue
Chicago, IL 60612
336-575-6968
daniel@first-defense.org
ashley@first-defense.org

## **CERTIFICATE OF SERVICE**

      I, Daniel Massoglia, an attorney, certify that on May 26, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which generates electronic notice to all parties of record.

Respectfully submitted,

/s/Daniel E. Massoglia
*One of Plaintiff's Attorneys*

Daniel Massoglia
First Defense Legal Aid
601 S. California Ave.
Chicago, IL 60612
708-797-3066
daniel@first-defense.org