IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE GUTIERREZ, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 2021 CV 02211 |
| | ) | |
| CITY OF AURORA, AURORA POLICE | ) | Honorable Judge Manish S. Shah |
| OFFICERS MATTHEW THOMAS | ) | |
| MEYERS (# unknown) and C. McCUE | ) | |
| (# unknown), | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

The parties, by and through their undersigned counsel, submit the following Joint Status Report in accordance with this Court's Order of May 27, 2022 (Dkt. 29):

1. On May 27, 2022, this Court ordered the parties to submit a status report on the progress of Plaintiff's criminal appeal by September 8, 2022. Dkt. 29.
2. On September 7, 2022 Plaintiff's counsel learned that the criminal appeal, No. 2-22-1050, was dismissed on August 8, 2022 based on appellant's failure to transmit the record of the trial proceedings on appeal to the Illinois Second District Appellate Court.
3. Plaintiff is evaluating his options with regard to attempting to vacate the dismissal, and intends to decide within two weeks of tomorrow, by September 23, 2022.
4. The parties propose providing the Court with an updated status report by September 30, 2022 updating on this issue, which, if the criminal appeal is no longer active, will contain a proposed schedule briefing Motion(s) for Summary Judgment.

Respectfully submitted,

GEORGE GUTIERREZ, Plaintiff

By:   /s/ Daniel Massoglia
Daniel Massoglia
Ashley N. Rodriguez
First Defense Legal Aid
601 S. California Avenue
Chicago, IL 60612
336-575-6968
daniel@first-defense.org
ashley@first-defense.org

## CERTIFICATE OF SERVICE

I, Daniel Massoglia, an attorney, certify that on September 8, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which generates electronic notice to all parties of record.

                Respectfully submitted,

                /s/Daniel E. Massoglia

                *One of Plaintiff's Attorneys*

Daniel Massoglia
First Defense Legal Aid
601 S. California Ave.
Chicago, IL 60612
708-797-3066
daniel@first-defense.org