UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISOIN

| | | |
|---|---|---|
| GEORGE GUTIERREZ, | ) | |
|                Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2021 CV 02211 |
| | ) | |
| CITY OF AURORA, AURORA POLICE OFFICERS MATTHEW THOMAS MEYERS (# unknown) and C. McCUE (# unknown), | ) ) ) ) ) | Honorable Judge Manish S. Shah |
|                Defendants. | ) | |

## JOINT STATUS REPORT

The parties, by and through their undersigned counsel, submit the following Joint Status Report in accordance with this Court's Order of September 9, 2022 (Dkt. 32).

1. Plaintiff's criminal appeal, No. 2-22-1050, was dismissed on August 8, 2022. Plaintiff has not moved the Illinois Second District Appellate Court to vacate the dismissal and does not intend to do so.
2. The parties propose the following agreed briefing schedule for Defendants' anticipated Motion(s) for Summary Judgment:
    a. Defendants shall file any Motion(s) for Summary Judgment by November 18, 2022.
    b. Plaintiff shall Respond by January 10, 2023.
    c. Defendants shall Reply by February 21, 2023.

Respectfully submitted,


GEORGE GUTIERREZ, Plaintiff

By: /s/ Joseph DiCola
Joseph DiCola
First Defense Legal Aid
601 S. California Ave
Chicago, IL 60612
708-967-3334
joseph@first-defense.org

CITY OF AURORA, et al., Defendants

By: /s/ John B. Murphey
John B. Murphey
Odelson, Sterk, Murphey, Frazier & McGrath, Ltd.
3318 West 95th Street
Evergreen Park, IL 60805
708-424-5678
jmurphey@osmfm.com

## **CERTIFICATE OF SERVICE**

I, Joseph DiCola, an attorney, certify that on September 29, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which generates electronic notices to all parties of record.

Respectfully submitted,

/s/ Joseph DiCola
*One of Plaintiff's Attorneys*

Joseph DiCola
First Defense Legal Aid
601 S. California Ave
Chicago, IL 60612
708-967-3334
joseph@first-defense.org