UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE GUTIERREZ, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO.: 1:21cv-02211 |
| ) | |
| CITY OF AURORA, AURORA POLICE ) | Honorable Judge Manish S. Shah |
| OFFICERS MATTHEW THOMAS ) | |
| MEYERS (# unknown) and C. McCUE ) | |
| (# unknown), ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' RULE 56(b) MOTION FOR SUMMARY JUDGMENT**

NOW COME DEFENDANTS, MATTHEW THOMAS MEYERS, C. McCUE and the CITY OF AURORA (hereinafter, the "Defendants") by and through one of their attorneys DEBORAH ANNE OSTVIG of SCHAIN, BANKS, KENNY & SCHWARTZ, LTD., and pursuant to Federal Rule of Civil Procedure 56(b), request that this Honorable Court enter summary judgment in their favor and against Plaintiff GEORGE GUTIERREZ as the Defendants did not violate Plaintiffs' constitutional rights pursuant to Section 1983. In support of this motion, Defendants state as follows:

**I. THE PARTIES**

Plaintiff George Gutierrez is a resident of Aurora, Illinois. [Deposition of George Gutierrez, attached to the Defendants' Local Rule 56.1 Statement of Material Facts as Exhibit E, p. 25:16 – 24.]

Defendant City of Aurora is a municipality under the laws of the State of Illinois.

Defendants Meyers and McCue are residents of Illinois. [Depositions of Officers Meyers and McCue attached to the Defendants' Local Rule 56.1 Statement of Material Facts as Exhibits A and F, respectively.]

## II. JURISDICTION AND VENUE

The Defendants have admitted that Plaintiffs purport to bring their Complaint pursuant to 42 U.S.C §1983. (DKT. No. 13, p. 1, para. 1.) This Court has jurisdiction pursuant to the Civil Rights Act, 42 U.S.C.§1983; the Judicial Code, 28 U.S.C. §1331 and §1343(a); and the Constitution of the United States has supplemental jurisdiction under 28 U.S.C. §1367(a). (DKT. No. 13, p. 15, para. 7.) The Defendants have admitted that venue is proper in this Court. (DKT No. 13, p. 16, para. 8.)

## III. BASIS OF MOTION

The Plaintiff asserts that the Defendants violated his Constitutional rights under Section 1983 when Officers Meyers and McCue arrested Plaintiff. (Plaintiff's Complaint, DKT. No. 1.) The Defendants are entitled to summary judgment in their favor as there is no genuine issue of material fact that there was any violation of the Plaintiffs' constitutional rights. Thus, this Court should grant Defendants' motion for summary judgment and dismiss Plaintiff's complaint in its entirety.

Respectfully submitted,

MATTHEW THOMAS MEYERS, C. McCUE and the CITY OF AURORA

By:    s/Deborah A. Ostvig
      One of Their Attorneys

Michael E. Kujawa, ARDC# 6244621
Deborah A. Ostvig, ARDC# 6287031
Schain, Banks, Kenny & Schwartz, Ltd.
70 W. Madison Street, Suite 5300
Chicago, Illinois 60602
Phone: (312) 345-5700
Fax: (312) 345-5701
mkujawa@schainbanks.com
dostvig@schainbanks.com
K:\359 - Gutierrez\Pleadings\MSJ\Defendants' Rule 56(b) MSJ - 01-18-2023.docx