# EXHIBIT 3
# Bystander Video of C.Y.
(filed separately as digital exhibit to the Clerk of Court)