**EXHIBIT A**

105

IN THE CIRCUIT COURT OF THE
SIXTEENTH JUDICIAL CIRCUIT
KANE COUNTY, ILLINOIS

PEOPLE OF THE STATE OF    )
ILLINOIS,                 )
                          )
     Plaintiff,          )
                          )
    vs.                 ) No. 20 CM 961
                          )     20 TR 13705
GEORGE GUTIERREZ,         )     20 TR 13706
                          )
     Defendant.          )

    Continued report of proceedings had at the

trial in the above-entitled cause before the

HONORABLE REGINALD CAMPBELL, Judge of said Court,

commencing at 2:04 p.m. on the 4th day of

January, 2022.


APPEARANCES:

    KANE COUNTY STATE'S ATTORNEY'S OFFICE
    BY:  A.S.A. MS. MORGAN YOUNG
         37w777 Route 38
         Suite 300
         St. Charles, Illinois  60175
            On behalf of the Plaintiff;

    MR. GEORGE GUTIERREZ,
        Pro Se Defendant.


               *   *   *   *   *   *

```
 1                   it.
 2                             Judge, Mr. Gutierrez is correct when he
 3                   said that a traffic stop can be simple or it can turn
 4                   deadly very suddenly.  I understand Mr. Gutierrez's
15:07:37  5          opinions and his arguments that he doesn't believe he
 6                   should have been pulled over or that he doesn't
 7                   believe that he should have had to get out of the
 8                   car; but that's all they are, Judge, they are just
 9                   opinions.
15:07:47 10                    The question here is whether or not
11                   Mr. Gutierrez resisted or obstructed a police officer
12                   when Officer Meyers asked him to step out of his
13                   vehicle and he continued to refuse multiple times.
14                   His arguments about resisting and sudden movements
15:08:04 15          and all of that, this isn't a sudden movement
16                   resisting case.  This is, again, a legal command to
17                   step out of a vehicle being refused.  Those are the
18                   facts in front of the Court today.  Those are the
19                   relevant facts in front of the Court today.
15:08:18 20                    I appreciate what Mr. Gutierrez is
21                   doing for the community, I truly do; but he, like
22                   everyone else in the community, must abide by our
23                   traffic and criminal laws, and on April 26, 2020, he
24                   did not.  He failed to use a turn signal within a
```

|   |   |
|---|---|
| 1 | reasons, as you've stated, you know, since your |
| 2 | release, you've been pulled over numerous times and, |
| 3 | in your words, harassed, mostly because of your |
| 4 | background, you felt more comfortable and felt more |
| 15:22:06   5 | safe if a supervisor, a sergeant, came to the scene |
| 6 | before acquiescing to getting out. |
| 7 | Did you get out after repeated |
| 8 | commands?  Initially they started out as, you know, |
| 9 | requests, and then later, I think, they turned into |
| 15:22:26  10 | commands.  No.  Did you, in an effort to maybe |
| 11 | prevent your apprehension, begin to roll up your |
| 12 | window?  Yes.  At that point the officer thought he |
| 13 | had no other option but to either stop the rolling up |
| 14 | of the window and, ultimately, having broke the |
| 15:23:00  15 | window. |
| 16 | So when you take all of this into |
| 17 | consideration, a bit of a close call, but I do |
| 18 | believe that the State has met its burden and I'm |
| 19 | finding you guilty of obstructing a police officer, |
| 15:23:15  20 | of failing to signal, and having tinted windows. |
| 21 | In terms of sentencing, do you want to |
| 22 | proceed with your recommendations? |
| 23 | MS. YOUNG:  Judge, the State is willing to |
| 24 | proceed today.  If Mr. Gutierrez, being that he is |

1   STATE OF ILLINOIS    )
                         ) SS.
2   COUNTY OF COOK       )

3

4          Maureen K. Nagle, being first duly sworn, on
5   oath says that she is a Certified Shorthand Reporter
6   and Notary Public, doing business in the City of
7   Chicago, County of Cook and the State of Illinois;
8          That she reported in shorthand the
9   proceedings had at the foregoing trial;
10         And that the foregoing is a true and correct
11  transcript of her shorthand notes so taken as
12  aforesaid and contains all the proceedings had at the
13  said trial.

14

15

16  _____
    MAUREEN K. NAGLE, CSR
17  License No. 084-002863
    (708)837-9883
18