## Page 81

1  A.  On the back of my head I fell and I hit a
2  piece of metal that was by some windows.
3  Q.  Was it an accident or a prison fight?
4  A.  It was an accident.
14:19:41 5  Q.  Okay. And did you have to go to the prison
6  infirmary or anything?
7  A.  Yes.
8  Q.  When did this happen?
9  A.  It happened -- I was released in 2017, so I
14:20:01 10  don't know the exact year, but maybe around 2014,
11  '15.
12  Q.  The last couple years you were in?
13  A.  Yes.
14  Q.  Did you have any medical treatment for that
14:20:11 15  injury?
16  A.  Yes.
17  Q.  What did you have?
18  A.  I had to get stitches.
19  Q.  Beyond stitches, anything?
14:20:20 20  A.  Pain medication. Pain medication mainly.
21  Q.  Where were you incarcerated when this
22  happened, what prison?
23  A.  When the back of my head happened?
24  Q.  When the back of your head happened.

## Page 82

1  A.  I was in Pinckneyville Correctional Center.
2  Q.  How long were you at Pinckneyville?
3  A.  Approximately six years.
4  Q.  Is that where you were when you were
14:20:50 5  paroled?
6  A.  No.
7  Q.  Where were you prior to being paroled?
8  A.  In the Kane County Jail.
9  Q.  So after Pinckneyville you went to Kane
14:21:01 10  County?
11  A.  Yes.
12  Q.  Was that part of the gradual release then?
13  A.  No.
14  Q.  How come you went from Pinckneyville to
14:21:10 15  Kane County?
16  A.  I had another sentence.
17  Q.  For what?
18  A.  Contempt of court.
19  Q.  What were the circumstances of that?
14:21:16 20  A.  I was sentenced to 18 months county jail
21  time.
22  Q.  What did you do to merit -- that resulted in
23  conviction?
24  A.  Having words for the judge.

## Page 83

1  Q.  In what case?
2  A.  Not agreeing with a lot of what took place
3  with my case.
4  Q.  When did this happen?
14:21:44 5  A.  1994.
6  Q.  Okay. So in 1994 in connection with the
7  matter you were being -- you were convicted of?
8  A.  Yes.
9  Q.  And you had words to the judge, right?
14:21:58 10  A.  Yes.
11  Q.  And was that sentence like held off until
12  the end of your murder conviction sentence?
13  A.  Yes, it was.
14  Q.  Okay. So when you were paroled from your
14:22:12 15  murder conviction, when was that, what year? You
16  mentioned 2017.
17  A.  I don't understand because I went directly
18  from Pinckneyville Correctional Center to Kane County
19  Jail. My parole started when I went to the Kane
14:22:30 20  County Jail, but I was still incarcerated.
21  Q.  So your parole started in 2017?
22  A.  Yes.
23  Q.  But then for the first year or so of that
24  you were locked up in Kane County?

## Page 84

1  A.  The first nine months I was still
2  incarcerated.
3  Q.  You were locked up in Kane County?
4  A.  Yes.
14:22:47 5  Q.  And then you were released from that
6  contempt?
7  A.  Yes.
8  Q.  So by the time you got back to the streets
9  of Aurora, it was when?
14:22:57 10  A.  April 26, 2017.
11  Q.  When everything was over -- when the Kane
12  County sentence was over and you were actually free.
13  A.  I was released from Kane County Jail
14  April 26, 2017.
14:23:12 15  Q.  Okay. All right. You've said that it was
16  about five days before the -- what do you call it,
17  the bump, the welt, or what do you call it?
18  A.  A bump.
19  Q.  -- before it kind of went away?
14:23:29 20  MR. MASSOGLIA: Objection, mischaracterizes
21  prior testimony.
22  BY THE WITNESS:
23  A.  I stated it never went away.
24