# AURORA POLICE DEPARTMENT

Incident Report

**ORI :** IL0450100
**Print Date :** 05/21/2020 12:56
**Incident Number :** AUPR20004793

## Incident Information

| | | | |
|---|---|---|---|
| **Incident # :** | AUPR20004793 | **Reporting Officer :** | MEYERS, MATTHEW THOMAS (5985) |
| **Reported Date :** | 04/26/2020 22:29 | **Approval Level :** | |
| **Approval Status :** | APPROVED | **Record Review :** | |
| **Occured From :** | 04/26/2020 22:29 | **Location :** | 1001 ALLAIRE AV AURORA, 60506 |
| **Occured From Day of Week :** | SUN | **Initial Incident Type :** | |
| **Occured To :** | | **Weather :** | |
| **Occured To Day of Week :** | | | |

## Incident Details

| | | | |
|---|---|---|---|
| **Domestic Violence :** | | **DV Alcohol Drug :** | |
| **DV Household :** | | **DV Circumstances :** | |
| **Situation Found :** | | **Hate Crime :** | |
| **Sub Situation Found :** | | **Date Cleared :** | |
| **Situation Found Date :** | | **Cleared By :** | |
| **Status Date :** | 04/26/2020 23:59 | **Type of Clearance :** | |
| **Case Status :** | 03-CLEAR-ARREST-ADULT | **Court Disposition :** | |
| **Disposition :** | CLEAR-ARREST-ADULT | **Court Disposition Change Date :** | |
| **Disposition Date :** | 04/27/2020 05:25 | **Cyber Crime? :** | NO |
| **Record Date :** | | **Cyber Crime Type :** | NOT APPLICABLE |
| | | **Fraud/Motor Vehicle Counter :** | |
| **Remarks :** | | | |

## Geo Information

| | | | |
|---|---|---|---|
| **Zone :** | | **Tract :** | |
| **District :** | 5 | **Neighborhood :** | |
| **Reporting Area :** | | **ESZ :** | |

**Defendants B.S. 00001**

Page 1 of 13

**Offense Information**

| | | | |
|---|---|---|---|
| **Offense Code :** | <3711-13B-3711> OBSTRUCTING AN OFFICER | **Location :** | |
| **Primary Offense :** | ☑ | **Statute Code :** | |
| **Severity :** | CLASS A MISDEMEANOR | **Attempt :** | COMPLETED |
| **NCIC Code :** | | **Fraud Type :** | |
| **UCR Code :** | 3711 | **Circumstance :** | |
| **NIBRS Code :** | 13B | | |
| **Non-Reportable :** | ☒ | | |
| **Remarks :** | | | |

**Date Information :**

| | | | |
|---|---|---|---|
| **Reported On :** | | **Created On :** | 04/27/2020 |
| **Occurred From :** | | **Time of Offense :** | |
| **Occurred To :** | | | |

**Entry Information :**

| | | | |
|---|---|---|---|
| **Final Location :** | | **Entry :** | |
| **Security 1 :** | | | |
| | | **Entry Method :** | |
| **Type :** | | **Instrument Used :** | |
| **Area :** | | **# Premises Entered :** | |
| | | **# Louvers Removed :** | |

**Exit Information :**

| | | | |
|---|---|---|---|
| **Exit :** | | **How Left Scene :** | |

**Suspect Information :**

| | | | |
|---|---|---|---|
| **Criminal Activity :** | | **Action on Victim :** | |
| | | **Other Action :** | |
| **Offender Use :** | | | |
| | | **Solicited/Offered :** | |
| **Action to Premises :** | | | |
| **How Suspect Left Scene :** | | | |

Defendants B.S. 00002

**Victim Information :**

    **Victim Activity :**     **Victim Use :**

    **Victim Condition :**

**Target Information :**

    **Victim Target :**     **Property :**

    **Area :**

**Weapon Information :**

    **Weapon :**     **Auto :**

**Group Information :**

    **Group Activity :**     **Group Type :**

    **Group Name :**

**Drug Offense :**

    **Drug Related :**     **Drug Origin :**

    **Drug Type :**     **Drug Precursors :**

**Bias Information :**

    **Bias Category 1 :**     **Bias Category 4 :**

    **Bias 1 :**

    **Bias Category 2 :**     **Bias Category 5 :**

    **Bias 2 :**     **Bias 5 :**

    **Bias Category 3 :**     **Circumstances :**

    **Bias 3 :**     **Bias Target :**

**Other Information :**

    **Offense :**     **Hate Group :**

    **Cargo Theft :**     **Omit from IBRS :** ☒

    **Sequence # :**     **System Created :** ☒

    **Offense Description :**     **Voided :** ☒

**Incident/Name Info :**

| | |
|---|---|
| **Involvement :** ADULT ARRESTED | **Linked Name :** GUTIERREZ, GEORGE |
| **Withhold Name :** ☒ | **Domestic Violence :** ☒ |

## Name Information :

| | |
|---|---|
| **Name Unknown :** ☒ | **Home Address :** 1001 ALLAIRE AV, AURORA, IL, 60506 |
| **Last Name :** GUTIERREZ | **Mailing Address :** |
| **First Name :** GEORGE | **Home and Mailing Address are same :** ☒ |
| **Middle Name :** | |
| **Suffix :** | **Home Phone :** (630) 405-5448 |
| **Name Type :** | **Work Phone :** |
| **Race :** HISPANIC (MEXICAN, PUERTO RICAN, CUBAN, ETC.) | **Other Phone :** |
| **Ethnicity :** | **Cell Phone :** (331) 980-5863 |
| **Gender :** MALE | **Email :** |
| **DOB :** 03/05/1973 | **Secondary Email :** |
| **Age :** 47 to | **State ID :** IL29313840 |
| **Driver's License # :** G36230073067 | **Eye Color :** BROWN |
| **Driver's License Expiration Date :** | **Glasses :** NO |
| **Driver's License State :** ILLINOIS | **Height :** 5'10" to |
| **Driver's License Class :** | **Weight :** 150 to |
| | **Juvenile :** ☒ |
| **Passport # :** | |
| **Country Of Issuance :** | |
| **Date Issued :** | |
| **Passport Expiration Date :** | |

## Description :

| | |
|---|---|
| **Complexion :** MEDIUM | **Build :** SMALL |
| **Skin Tone :** | **Voice :** |
| **Hair Length :** | **Handedness :** |
| **Hair Color :** BLACK | **Citizenship :** |
| **Facial Hair :** MUSTACHE ONLY | **Resident Status :** |
| **Facial Hair Color :** | **Place of Birth :** |
| **Physical Characteristics:** HAIR STYLE: STR | |

| **Related Offenses :** | |
|---|---|
| ☒ | <3711-13B-3711> OBSTRUCTING AN OFFICER |

**Suspect Information :**

| Method : | Clothing : |
|---|---|

**Weapon 1 :**

| Weapon : | Make : |
|---|---|
| Status : | Model : |

**Weapon 2 :**

| Weapon : | Make : |
|---|---|
| Status : | Model : |

**Weapon 3 :**

| Weapon : | Make : |
|---|---|
| Status : | Model : |

**Weapon 4 :**

| Weapon : | Make : |
|---|---|
| Status : | Model : |

**Weapon 5 :**

| Weapon : | Make : |
|---|---|
| Status : | Model : |

**Suspect Vehicle :**

| Linked Vehicle : | Style : |
|---|---|
| VIN : | Type : |
| Make : | Tag Number : |
| Model : | Tag State : |
| Year : | Tag Year : |
| Color 1 : | Description : |
| Color 2 : | |

**Comments :**

Comments :

**EXHIBIT B**

**Other :**

| | | | |
|---|---|---|---|
| **Infant Type :** | | **Rape Vict Exam :** | ☒ |
| **Offender Present :** | ☒ | **Rape Vict Treated :** | ☒ |
| **Read Restrictions :** | ☒ | **System Created :** | ☒ |
| **Weapon Description :** | | **Voided :** | ☒ |
| **Justifiable Homicide :** | | | |

**EXHIBIT B**

**Incident/Name Info :**

| | |
|---|---|
| **Involvement :** COMPLAINANT | **Linked Name :** MEYERS, MATTHEW APD |
| **Withhold Name :** ☒ | **Domestic Violence :** ☒ |

**Name Information :**

| | |
|---|---|
| **Name Unknown :** ☒ | **Home Address :** 1200 E INDIAN TR, AURORA, IL, 60505 |
| **Last Name :** MEYERS | **Mailing Address :** |
| **First Name :** MATTHEW | **Home and Mailing Address are same :** ☒ |
| **Middle Name :** APD | |
| **Suffix :** | **Home Phone :** |
| **Name Type :** | **Work Phone :** (630) 256-5000 |
| **Race :** | **Other Phone :** |
| **Ethnicity :** | **Cell Phone :** |
| **Gender :** | **Email :** |
| **DOB :** | **Secondary Email :** |
| **Age :** to | **State ID :** |
| **Driver's License # :** | **Eye Color :** |
| **Driver's License Expiration Date :** | **Glasses :** |
| **Driver's License State :** | **Height :** to |
| **Driver's License Class :** | **Weight :** to |
| | **Juvenile :** ☒ |
| **Passport # :** | |
| **Country Of Issuance :** | |
| **Date Issued :** | |
| **Passport Expiration Date :** | |

**Description :**

| | |
|---|---|
| **Complexion :** | **Build :** |
| **Skin Tone :** | **Voice :** |
| **Hair Length :** | **Handedness :** |
| **Hair Color :** | **Citizenship :** |
| **Facial Hair :** | **Resident Status :** |
| **Facial Hair Color :** | **Place of Birth :** |

**Physical Characteristics:**

**Related Offenses :**

☒ <3711-13B-3711> OBSTRUCTING AN OFFICER

**Relationship with Suspects :**

| Suspect Name | Relationship | Living Together |
|---|---|---|

**Victim Information :**

| | |
|---|---|
| **Victim Injury Category :** | **Circumstance :** |
| **Weapon Causing Most Injuries :** | **Additional Circumstance :** |
| **Victim Injury :** | **Domestic Disturbance :** |
| **Victim Injury 2 :** | **Domestic Violence Victim Transported :** ☒ |
| **Victim Injury 3 :** | |
| **Victim Injury 4 :** | **Order of Protection Violated :** ☒ |
| **Victim Injury 5 :** | |

**Signature :**

**Print Name :**

**Signature :**

**Comments :**

**Comments :**

**Other :**

| | |
|---|---|
| **Infant Type :** | **Rape Vict Exam :** ☒ |
| **Offender Present :** ☒ | **Rape Vict Treated :** ☒ |
| **Read Restrictions :** ☒ | **System Created :** ☒ |
| **Weapon Description :** | **Voided :** ☒ |
| **Justifiable Homicide :** | |

## Incident Related Property Information

| | |
|---|---|
| **Linked Property :** AUPO20006233 | **Action :** RECOVERED |
| **Occured On :** 05/04/2020 23:08 | **Location :** 1001 ALLAIRE AV, AURORA, 60506 |
| **Reported On :** 05/04/2020 23:08 | **Offense :** OBSTRUCTING AN OFFICER |
| **Officer :** MEYERS,MATTHEW THOMAS (5985) | **Disposition :** HELD, EVIDENCE |
| **District :** | **# Units :** |
| **Division :** | **Unit Measurement :** |
| **Value/Unit :** | **Estimated Value :** |
| **Scene Location :** | |

**Other Info**

| | |
|---|---|
| **Sequence Number :** | **Action Date/Time :** 05/04/2020 23:08 |
| **Action Officer :** | **Related Person :** MEYERS, MATTHEW APD |
| **Victim Number :** | **Involvement :** OWNER |
| **Group Number :** | **Other Jurisdiction :** |
| **Group Item Number :** | |
| **Comments :** | |

## Vehicles

| | |
|---|---|
| **Vehicle:** 1997, LINCOLN-CONTINENTAL/TOWN CAR, AF74074 | **Involvement:** USED BY ARRESTEE |
| **Category :** AUTO | **Involvement Date:** |
| **Plate :** AF74074 | **Link Date :** 04/27/2020 00:17 |
| **Plate State :** IL | **Returned Date :** |
| **VIN :** 1LNLM82W7VY630376 | **Link Status :** |
| **Tag Year :** 2020 | **Link History :** [2020-04-27] Added via Incident by APD \MEYERSM |
| **Make :** LINCOLN-CONTINENTAL | |
| **Model :** TOWN CAR | |
| **Comments :** | |

Defendants B.S. 00010

| Incident Supplement | | | |
|---|---|---|---|
| **Supplement #:** | AUPR20004793-0001 | **Location:** | |
| **Incident Record:** | AUPR20004793 | **Contact Name:** | |
| **Date/Time:** | 05/04/2020 23:08 | **Not for Prosecution:** | ☒ |
| **Type:** | FOLLOW UP | **Supervisor Name:** | |
| **Officer:** | MEYERS, MATTHEW THOMAS (5985) | **Supervisor Review Date:** | |

| Narratives For Incident | | | |
|---|---|---|---|
| **Title:** | | **Approved By:** | |
| **Narrative Type:** | INITIAL | **Approved On:** | |
| **Entered On:** | 04/27/2020 00:19 | **Search Key 1:** | |
| **Assigned To:** | | **Search Key 2:** | |
| **Reviewed By:** | | **Reviewed On:** | |

**Narrative:**

SQUAD #234 (CAMERA WORKING/AUDIO ON)

On 04/26/2020 at approx. 22:29 hrs. I, Officer Meyers was in a marked APD squad car when I observed a brown Lincoln Town car IL Tag#AF74074 failure to signal within 100 feet while turning s/b Montgomery Av from w/b Jericho Rd.

I identified the driver and sole occupant of the vehicle as George Gutierrez DOB: 03/05/73. I advised George that the reason why I pulled him over was because he failed to signal within 100 feet while turning onto Montgomery Av. George said he was going home after getting food.

I was advised by APD dispatch that George was a documented gang member and is a "Registered Violent Offender Murderer" LEADS #E16A9262.

Officer C. Mccue arrived on scene to assist me on this traffic stop. While speaking with George he would not look at me when he spoke with me, his right leg and fingers were moving up and down at a quick rate, and his answers were a little delayed when I asked if he had anything illegal in the vehicle. George said he wanted a supervisor. Due to George's priors and demeanor upon walking up to the driver's door I advised George to step out of the vehicle. George refused to get out of the vehicle and told me he wasn't going to step out of the car because we would search it. I advised him that I'm just ordering him out of the vehicle, I am not searching it. I advised George that he was being given a lawful order to get out of the vehicle.

I ordered George to get out of the vehicle several more times. George was still refusing to get out of the vehicle. George said there's no reason to get out of the vehicle and he wanted a Sergeant. Officer Mccue asked for a Sergeant over the radio. I told George several times that he was acting nervous and he would not respond after I said that. After a sergeant was requested over the radio I told him to get out of the vehicle again. George then began to roll up the window and I attempted to open the door of the vehicle from the

outside, but it was locked. It should be noted that the windows were tinted and I was not able to see inside the window. This made it difficult for me to see if George had any weapons or what he was doing inside the vehicle. I grabbed the window while it was about 1/3 up and advised him several times to not roll up the window. At this point I was fearful what George might have done due to my inability to see inside the vehicle. When the window was rolled up and about to close on my fingers I pulled the window with both of my hands towards me until it shattered. I then unlocked the door from the outside. Myself and Ofc. Mccue then grabbed each arm and moved him against the other vehicle in the driveway. George was tensed up when we grabbed him. While in the process of arresting George, he hit his forehead on the vehicle. He refused medical attention.

George was arrested and searched on scene. Officers on scene used a tint meter issued by APD. After the tint reader was calibrated it read the front window had a tint of 18.1% and the back windows had a tint of 17.9%. This is an illegal amount of tint applied to these windows.

George was arrested and cited for the following:

720 ILCS 5/31-1 Obstructing

625 ILCS 5/11-804 Failure to signal within 100 feet

625 ILCS 5/12-503 Illegal Tint

George was given a court date of 07/30/2020 09:00 am at the Aurora Police Department. He was given a Notice to Appear and released on scene. My squad video and audio was not able to be downloaded at this time.

| | | | |
|---|---|---|---|
| **Title :** | | **Approved By :** | |
| **Narrative Type :** | SUPPLEMENTAL | **Approved On :** | |
| **Entered On :** | 05/05/2020 00:19 | **Search Key 1 :** | |
| **Assigned To :** | | **Search Key 2 :** | |
| **Reviewed By :** | | **Reviewed On :** | |
| **Narrative :** | | | |

SQUAD #234 (CAMERA WORKING/AUDIO ON)

On 5/5/2020 at approx. 00:18 hrs. I, Officer Meyers archived the video onto the disk and placed the disk into APD evidence.

It should be noted that on scene

## Involved Officers

**Officer :** MEYERS, MATTHEW THOMAS (5985)  
**Unit :**

**Involvement :** REPORTING OFFICER  
**Involvement Status :**

**Date/Time :**

**Comments :**

## Incident Related Arrests

**Arrest Number:** AUAR20001569  
**Multiple Clear :**

**Llinked Name :** GUTIERREZ, GEORGE  
**Linked On :** 04/27/2020 05:25

**Link Status :**

**Link History :** [04/27/2020 05:25] Added via INCIDENT By APD\MEYERSM

## Incident Related Bookings

**Booking Number # :** 1001772  
**Arrestee Name :** GUTIERREZ, GEORGE

**Status Reason :**  
**Booking District :**

**Offender Tracking Number :**  
**Begin Date/Time :** 04/27/2020 06:45

**Completed Date/Time :**  
**Release Reason :**

**Actual Release Date/Time :**  
**Bond Type :**

## Incident Related Calls For Service

**CFS # :** AUPE20038866  
**Date Recieved :** 04/26/2020 22:29

**Disposition :** ASSIGN CASE NUMBER DISPO FROM CAD  
**Situation Found :**

**Call Code 1 :**

## Incident Related Citations

**Citation # :** A 762039  
**Citation Type :** STATE STATUTE

**Date/Time Issued :** 04/28/2020 22:29  
**Enforcement :** MARKED

## Incident Related Field Interviews

**Field Interview #** AUFC20000228  
**Date/time Occured :** 04/26/2020 23:11

EXHIBIT B



# AURORA POLICE DEPARTMENT

1200 E. Indian Trail * Aurora * IL * 60505 * Phone (630) 256-5000

# INCIDENT SUPPLEMENT REPORT

## AUPR20004793-0002

| ORIGINAL INCIDENT DETAILS ||
|---|---|
| OFFENSE(S) <br> OBSTRUCTING AN OFFICER ||
| LOCATION <br> 1001 ALLAIRE AV AURORA,IL 60506 | ADDRESS NAME |

| SUMMARY |||
|---|---|---|
| PRIMARY OFFENSE (NEW) | REPORTED DATE/TIME <br> 6/19/2021 5:20:00 PM | SUPPLEMENT TYPE <br> FOLLOW UP |
| ADDITIONAL OFFENSES (NEW) | | INCIDENT CAPTURED ON SQUAD VIDEO <br> YES |

### PROPERTY

| ACTION <br> RECOVERED | QUANTITY | PROPERTY TYPE <br> DISK | ITEM # <br> AUPO21010091 |
|---|---|---|---|
| SERIAL # | COLOR | MAKE | MODEL |

| ITEM DESCRIPTION |
|---|
| ONE LABELED CARDBOARD ENVELOPE CONTAINING ONE DISK CONTAINING VIDEO AND AUDIO FROM SQUAD #234 DEPICTING THE TRAFFIC STOP AND THE ARREST |

| DATE RECOVERED <br> 4/26/2020 10:29:00 PM | ADDRESS RECOVERED FROM <br> 1200 E INDIAN TRAIL RD, AURORA, IL, 60505 | PROPERTY OWNER <br> AURORA, POLICE DEPARTMENT ||
|---|---|---|---|
| EVIDENCE TO BE PROCESSED <br> NO | BARCODE # <br> AUEV21007781 | | UNIQUE ID # |

| REPORTING OFFICER <br> MEYERS, MATTHEW THOMAS (203) | UNIT # | SQUAD # <br> 234 | REPORT STATUS <br> 03-CLEAR-ARREST-ADULT |
|---|---|---|---|
| ASSISTING OFFICER | UNIT # | REVIEWING SUPERVISOR <br> TATE, JEFFREY (8021) ||



# AURORA POLICE DEPARTMENT

1200 E. Indian Trail * Aurora * IL * 60505 * Phone (630) 256-5000

## INCIDENT SUPPLEMENT REPORT

### AUPR20004793-0002

| NARRATIVE |
|---|
| FOLLOW UP<br><br>On 6/19/21 at approx. 17:21 hrs. I, Officer Meyers #203 received the squad video and audio from this incident from LT. Eppard.<br><br>When the incident occurred the video was unable to be downloaded and placed onto a disk at that time.<br><br>The video was archived onto a disk and placed into APD evidence. |

| REPORTING OFFICER | UNIT # | SQUAD # | REPORT STATUS |
|---|---|---|---|
| MEYERS, MATTHEW THOMAS (203) | | 234 | 03-CLEAR-ARREST-ADULT |
| ASSISTING OFFICER | UNIT # | REVIEWING SUPERVISOR | |
| | | TATE, JEFFREY (8021) | |

Print Date : 06/24/2021 14:05

Defendants B.S. 00015

Page 2 of 2